MICHAEL J. HEYMAN
United States Attorney

MAC CAILLE PETURSSON
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: mac.caille.petursson@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, Plaintiff, vs. LESLIE D'SEAN HARRIS, II, Defendant. | No. 3:25-cr-00061-SLG-KFR<br><br>COUNT 1:<br>FELON IN POSSESSION OF A FIREARM<br>  Vio. of 18 U.S.C. §§ 922(g)(1) and 924(a)(8)<br><br>COUNT 2:<br>ILLEGAL POSSESSION OF MACHINEGUN<br>  Vio. of 18 U.S.C. §§ 922(o) and 924(a)(2)<br><br>ENHANCED STATUTORY PENALTIES ALLEGATION:<br>  18 U.S.C. § 3147<br><br>CRIMINAL FORFEITURE ALLEGATION:<br>  18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(a) |
|---|---|

**INDICTMENT**

The Grand Jury charges that:

## COUNT 1

On or about July 1, 2025, within the District of Alaska, the defendant, LESLIE D'SEAN HARRIS, II, knowing that he had previously been convicted by any court of crimes punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, firearms, to wit: Smith & Wesson, Model M&P 2.0, 9mm semiautomatic pistol.

### Convictions

| Conviction Date | Offense | Court | Case No |
|---|---|---|---|
| August 7, 2023 | Assault Causing Injury with a Weapon in the Third Degree | Alaska Superior Court, Third Judicial District | 3AN-21-01179CR |
| November 7, 2022 | Assault Causing Fear of Injury with a Weapon in the Third Degree | Alaska Superior Court, Third Judicial District | 3KN-19-00682CR |

All of which is in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

## COUNT 2

On or about July 1, 2025, the defendant, LESLIE D'SEAN HARRIS, II, knowingly possessed a machinegun, as defined in 26 U.S.C. § 5845(b), namely a machinegun conversion device intended for use in converting a weapon into a machinegun, that is a weapon capable of firing automatically more than one round by a single operation of the trigger.

All of which is in violation of 18 U.S.C. §§ 922(o) and 924(a)(2).

//

## ENHANCED STATUTORY PENALTIES ALLEGATION

At the time the defendant, LESLIE D'SEAN HARRIS, II, committed the offenses charged in Counts 1 and 2, he was on release under the Bail Reform Act of 1984 in case 3:24-cr-00031-SLG-KFR.

All pursuant to 18 U.S.C. § 3147.

## CRIMINAL FORFEITURE ALLEGATION

The allegations contained in Counts 1-2 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Upon conviction for the offenses in violation of 18 U.S.C. § 922(g)(1) set forth in Count 1 of this Indictment, the defendant, LESLIE D'SEAN HARRIS, II, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) any firearms and ammunition involved in and used in the knowing commission of the offense, including but not limited to:

- Smith & Wesson, Model M&P 2.0, 9mm semiautomatic pistol, serial number: SBH0889;
- Black metal machinegun conversion device; and
- Any associated magazines, ammunition, and accessories.

//

All pursuant to 18 U.S.C. § 924(d) and (2), 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Mac Caille Petursson
MAC CAILLE PETURSSON
Assistant U.S. Attorney
United States of America

s/ Michael J. Heyman
MICHAEL J. HEYMAN
United States Attorney
United States of America

DATE: 9/16/25